SLIP OPINION

Cite as 2015 Ark. 169

# SUPREME COURT OF ARKANSAS

No. D-15-240

| | |
|---|---|
| IN RE MICHAEL A. MAGGIO<br>ARK. BAR NO. 90015 | **Opinion Delivered** April 16, 2015<br><br>PETITION TO SURRENDER<br>ARKANSAS LAW LICENSE<br><br><br>PETITION GRANTED. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of disciplinary proceedings, of the license of Michael A. Maggio of Conway, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice law, filed with this court on March 20, 2015, Mr. Maggio acknowledges that he pleaded guilty to the felony offense of Bribery Concerning Programs Receiving Federal Funds in violation of 18 U.S.C. § 666(a)(1)(B). Mr. Maggio also states that he wishes to avoid the expense, stress, and publicity of further addressing his conviction.

The name of Michael A. Maggio shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.